Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM TATEO, | ) Case No.  09-CV-02467-LKK-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

Plaintiff, WILLIAM TATEO, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on September 1, 2009.  The parties subsequently resolved the action in its entirety before a responsive pleading was due.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

///

Stipulation to Dismiss With Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:  10/29/09     KROHN & MOSS, LTD.

/s/ G. Thomas Martin, III
G. Thomas Martin, III,
Attorney for Plaintiff,
William Tateo

Dated: 10/29/09     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated:  November 3, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com